United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO:        Judge Susan J. Dlott and Judge Jeffery P. Hopkins

FROM:    Jadyn Thompson    , Deputy Clerk

DATE:     5/7/2026

SUBJECT:   Case Caption:   Carter v. The Kroger Co

CASE:      Case Number:   1:26-cv-212

            Judges:        Judge Hopkins / Magistrate Judge Bowman

                           File Date:   2/27/2026

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption:   Monroe v. The Kroger Co.

| | | | |
|---|---|---|---|
| Case Number: | **1:26-cv-197** | District Judge: | **Dlott** |
| File Date: | **2/25/2026** | Magistrate Judge: | **Bowman** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Jadyn Thompson** as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge Susan J. Dlott .

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge:

United States District Judge

United States District Judge

Cc: Courtroom Deputies